IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Juwan Mar'Quis Smith,<br><br>               Plaintiff,<br><br>v.<br><br>Lamont Hicks; Robin Flemming; Christopher Neal; Jeff Johnson; Lynette Patton; Kenny Boone,<br><br>               Defendants. | Case No. 0:20-822-SAL<br><br>**ORDER** |

      This matter is before the Court for review of the March 20, 2020 Report and Recommendation ("Report") of United States Magistrate Judge Paige J. Gossett, made in accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.). In the Report, the Magistrate Judge recommends dismissing this action without prejudice and without issuance and service of process.

      The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber,* 423 U.S. 261, 270-71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.,* 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

1

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, this action is DISMISSED without prejudice and without issuance and service of process.

   IT IS SO ORDERED.

July 20, 2020               <u>/s/ Sherri A. Lydon</u>
Florence, South Carolina          Sherri A. Lydon
                   United States District Judge